# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Brenda Jean Maranell,<br><br>       Debtor. | Bky. No.:  15-60271<br><br>Chapter 13 |

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Wells Fargo Bank, N.A. for relief from the automatic stay and the codebtor stay imposed by 11 U.S.C. §§ 362(a) and 1301(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §§ 362(d) and 1301(c) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §§ 362(a) and 1301(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

Real Property in Stearns County, Minnesota, described as follows:

Lot Six (6) in Block Seven (7) in Oakdale, a subdivision in Section Sixteen (16), Township One Hundred Twenty-Four (124), Range Twenty-eight (28), according to the plat and survey thereof on file and of record in the office of the County Recorder in and for Stearns County, Minnesota.

"Abstract Property"

Subject to that certain mortgage dated September 23, 2009, and recorded in the Office of the Stearns County Recorder on October 2, 2009, as Document Number 1299508.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

DATED: *August 25, 2015*

*/e/ Michael E. Ridgway*
Michael E. Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/25/2015*
Lori Vosejpka, Clerk, by SLS